

FILED
FEB 07 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY Q. JOHNSON )<br>)<br>)<br>Defendant. )<br>) | Criminal No. 23-10007<br><br>VIO: 18 U.S.C. § 922(o) |

## INDICTMENT

The Grand Jury charges:

**COUNT ONE**
**(Possession of a Machinegun)**

Between on or about January 14, 2023, and January 20, 2023, in Peoria County, in the Central District of Illinois,

**ANTHONY Q. JOHNSON,**

defendant herein, did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, a Glock, Model 27, .40 caliber pistol, serial number RDV336, equipped with an aftermarket auto-sear, a part designed solely and exclusively for the use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Sections 922(o).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6), as charged herein, the defendant,

**ANTHONY Q. JOHNSON,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the aforesaid offense, including, but not limited to:

- One Glock, Model 27, .40 caliber pistol, serial number RDV336

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A True Bill,
s/Foreperson

Foreperson

s/Gregory K. Harris

GREGORY K. HARRIS
UNITED STATES ATTORNEY

RLH